IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:19-MJ-473 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| CHARLES R. POPE, | ) | Court Date: November 13, 2019 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I – Petty Offense)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 13, 2019, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, CHARLES R. POPE, did unlawfully transport a firearm in a manner prohibited by local Department of Defense installation regulations.

(Violation of Title 32 Code of Federal Regulations, Sec. 210.3(c) and (d); adopting Marine Corps Installations National Capitol Region-Marine Corps Base Quantico Order 5501 (May 2019), encl. 1 para. 4)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

Anthony W. Mariano
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this 7 day of November 2019 to the defendant's home of record.

By: _____
Anthony W. Mariano
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3808
Fax: (703) 299-3980
Anthony.Mariano@usdoj.gov